Charles E. Hansberry
Jenny M. Jourdonnais
HANSBERRY & JOURDONNAIS, PLLC
2315 McDonald Avenue, Suite 210
Missoula, MT 59801
Telephone (406) 203-1730
Telefax (406) 205-3170
chuck@hjbusinesslaw.com
State Bar ID 4132
jenny@hjbusinesslaw.com
State Bar ID 11906

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>SHOOT THE MOON, LLC,<br><br>Debtor. | Case No. 15-60979-11 |
| JERRY HALL and JAN HALL,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST INTERSTATE BANK, a Montana banking corporation and DOES 1-10,<br><br>Defendants. | Adversary Proceeding No. 22-02099<br><br><br>STIPULATION FOR EXTENSION OF TIME TO FILE SIMULTANEOUS BRIEFS |

Plaintiffs Jerry and Jan Hall and Defendant First Interstate Bank hereby stipulate and agree that the parties shall have up to and including January 31, 2023 in which to file their simultaneous briefs on the legal issues identified during this Court's November 30, 2022 status conference.

STIPULATION FOR EXTENSION OF TIME - 1

The reason for this Stipulation is that the morning following the November 30, 2022 hearing and status conference, counsel for Defendant First Interstate Bank received an unanticipated order in another federal court case with multiple parties requiring significant briefing which is to be completed by the end of December for a January 4, 2022 hearing. Had she been aware of that additional deadline during this Court's November 30, 2022 hearing and status conference, she would have sought additional time beyond the agreed upon December 23, 2022 filing deadline in this matter.

DATED this 7th day of December, 2022.

HANSBERRY & JOURDONNAIS, PLLC

By: /s/ Jenny M. Jourdonnais
Jenny M. Jourdonnais
*Attorney for Defendant*


TARUM LAW OFFICE, P.C.

By: /s/ Randy L. Tarum
Randy L. Tarum
*Attorney for Plaintiffs*

STIPULATION FOR EXTENSION OF TIME - 2