# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>SHOOT THE MOON, LLC,<br><br>          Debtor. | Case No. 15-60979-11 |
| JERRY HALL and JAN HALL,<br><br>          Plaintiffs,<br><br>v.<br><br>FIRST INTERSTATE BANK, a Montana banking corporation and DOES 1-10,<br><br>          Defendants. | Adversary Proceeding No. 22-02009<br><br><br><br>ORDER RESETTING FOR STATUS HEARING |

Based on the parties' December 7, 2022, Stipulation, and for good cause appearing, simultaneous briefing on outstanding issues are to be filed by January 31, 2023.

DATED: December ___, 2022

                                                                         _____<br>
                                                                         WHITMAN L. HOLT<br>
                                                                         U.S. BANKRUPTCY JUDGE