Tarum Law Office P.C.
Randy L. Tarum
417 Central Avenue
Johnson Building, 4th Floor
Great Falls MT 59401
Telephone (406) 268-0001
State Bar I.D. # 4548
e-mail: randy@tarumlaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| In Re<br>SHOOT THE MOON, LLC | Case No. 2:15-bk-60979-WLH |
| Debtor. | |
| JERRY HALL and JAN HALL, | Adv. Proceeding No.2:22-ap-02009-WLH |
| Plaintiffs. | |
| v. | |
| FIRST INTERSTATE BANK, a Montana banking corporation and DOES 1-10, Defendants. | |

**UNOPPOSED MOTION TO RESET DATE FOR ORAL ARGUMENT**

COMES NOW Plaintiff's, Jerry Hall and Jan Hall, through counsel, Randy Tarum and moves the Court for an Order resetting the date in the February 27, 2023, Order Scheduling Oral Argument Doc # 37. Plaintiff's counsel is unavailable on March 8, 2023. Counsel for FIRST INTERSTATE BANK, Jenny Jourdonnais, has been contacted and does not object to this Motion. If it is of assistance in scheduling, both parties are available March 29, 30 and 31 and April except for 6,7,10-14,17,19, 24, and 28.

WHEREFORE, the undersigned moves the Court to reset the date for Oral Argument.

DATED this 3rd day of March, 2023.

/s/ Randy L. Tarum
_____
Randy Tarum

**CERTIFICATE OF MAILING**

I hereby certify under penalty of perjury that the foregoing was duly served, by ECF on Jenny Jourdonnais and Sheila R. Schwager, counsel for FIB.

DATED this 3rd day of March, 2023.

/s/ Randy L. Tarum